# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD TAXMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>COVIDIEN PLC, MEDTRONIC, INC. KALANI I LIMITED, MAKANI II LIMITED AVIATION ACQUISITIONS CO., INC., AVIATION MERGER SUB, LLC, JOSE E. ALMEIDA, JOY A. AMUNDSON, CRAIG ARNOLD, ROBERT H. BRUST, CHRISTOPHER J. COUGHLIN, RANDALL J. HOGAN, III, DENNIS H. REILLEY, STEPHEN H. RUSCKOWSKI and JOSEPH A. ZACCAGNINO,<br><br>                Defendants. | Civil Action No.<br>1:14-cv-12949-LTS |
| JOSEPH LIPOVICH, on Behalf of Himself and All Others Similarly Situated,<br>                Plaintiff,<br><br>  v.<br><br>COVIDIEN PLC, JOSE E. ALMEIDA, CRAIG ARNOLD, ROBERT H. BRUST, CHRISTOPHER J. COUGHLIN, RANDALL J. HOGAN, III, JOSEPH A. ZACCAGNINO, DENNIS H. REILLEY, JOY A. AMUNDSON and STEPHEN H. RUSCKOWSKI,<br><br>                Defendants. | Civil Action No.<br>1:14-cv-13308-LTS |

| | |
|---|---|
| ROSENFELD FAMILY FOUNDATION, On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COVIDIEN PLC, JOSE E. ALMEIDA, JOY A. AMUNDSON, CRAIG ARNOLD, ROBERT H. BRUST, CHRISTOPHER J. COUGHLIN, RANDALL J. HOGAN, III, DENNIS REILLEY, STEPHEN H. RUSCKOWSKI and JOSEPH A. ZACCAGNINO,<br><br>    Defendants. | Civil Action No.<br>1:14-cv-13490-LTS |

**MOTION OF ROSENFELD FAMILY FOUNDATION AND RONALD W. CHARTRAND FOR (1) CONSOLIDATION OF ALL RELATED ACTIONS, (2) APPOINTMENT AS CO-LEAD PLAINTIFFS, AND (3) APPROVAL OF THEIR SELECTION OF CO-LEAD COUNSEL**

1

Plaintiff Rosenfeld Family Foundation and movant Ronald W. Chartrand ("Movants"), by and through their counsel, respectfully move this Court for an order: (a) consolidating all related securities class actions filed against defendant Covidien plc ("Covidien" or the "Company") in connection with the proposed acquisition of the Company by Medtronic, Inc. ("Medtronic") for all purposes; (b) appointing Rosenfeld Family Foundation and Ronald W. Chartrand as Co-Lead Plaintiffs in the consolidated action; and (c) approving Movants' selection of WeissLaw LLP and Levi & Korsinky LLP as Co-Lead Counsel for the Class, with Block & Leviton LLP as Liaison Counsel for the Class.

This motion is based on the memorandum of points and authorities and the Declaration of Jason M. Leviton filed concurrently herewith, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

## COMPLIANCE WITH LR. 7.1(a)(2)

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff. Plaintiff Joseph Lipovich published notice of the pendency of his action on August 19, 2014. Movants have no way of knowing who, if any, the competing lead plaintiff candidates are at this time.

As a result, Movants' counsel has been unable to conference with opposing counsel as prescribed in LR. 7.1(a)(2), and respectfully requests that the conference requirement be waived only for purposes of this motion.

Respectfully submitted,

**BLOCK & LEVITON, LLP**

DATED: October 20, 2014      By: _s/ Jason M. Leviton_
Jason M. Leviton
Mark A. Delaney
155 Federal Street, Suite 400
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
Jason@blockesq.com
Mark@blockesq.com

*Proposed Liaison Counsel for the Class*

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
racocelli@weisslawllp.com
mrogovin@weisslawllp.com
kkeenan@weisslawllp

**LEVI & KORSINSKY LLP**
Shannon L. Hopkins
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 866-367-6510
shopkins@zlk.com

*Proposed Co-Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jason M. Leviton*
Jason M. Leviton