# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD TAXMAN, on Behalf of Himself and All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COVIDIEN PLC, MEDTRONIC, INC., KALANI I LIMITED, MAKANI II LIMITED, AVIATION ACQUISITION CO., INC., AVIATION MERGER SUB, LLC, JOSÉ E. ALMEIDA, JOY A. AMUNDSON, CRAIG ARNOLD, ROBERT H. BRUST, CHRISTOPHER J. COUGHLIN, RANDALL J. HOGAN, III, DENNIS H. REILLEY, STEPHEN H. RUSCKOWSKI, and JOSEPH A. ZACCAGNINO,<br><br>*Defendants*. | Case No. 1:14-cv-12949-LTS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants Covidien plc, José E. Almeida, Joy A. Amundson, Craig Arnold, Robert H. Brust, Christopher J. Coughlin, Randall J. Hogan, III, Dennis H. Reilley, Stephen H. Rusckowski, and Joseph A. Zaccagnino.

Respectfully submitted,

/s/ John D. Donovan, Jr.
John D. Donovan, Jr. (BBO# 130950)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
john.donovan@ropesgray.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 13, 2014.

      /s/ John D. Donovan, Jr.