Mark A. Delaney | 617-398-5650 | Mark@blockesq.com

November 26, 2014

**BY ECF**

Honorable Leo T. Sorokin
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE:   *In re Covidien plc Securities Litigation C.A. No. 1:14-cv-12949-LTS*

Dear Judge Sorokin:

I write on behalf of the Court-appointed lead plaintiffs Ronald W. Chartrand and the Rosenfeld Family Foundation ("Lead Plaintiffs") in the referenced consolidated action pursuant to the Court's Order of November 24, 2014 (Dkt. No. 25) requesting a further update on the status of the matter. The parties have continued to confer in good faith over the last several days through numerous phone calls and one in-person meeting, and have made substantial progress on many of the issues referenced at the November 14 status conference and in Lead Plaintiffs' November 21, 2014 status letter. As such, the parties respectfully request permission to provide further update to Your Honor no later than Wednesday, December 3, 2014.

Counsel for all parties are available at the Court's convenience for a status conference if necessary.

Best regards,

Block & Leviton LLP

By:   /s/ Mark A. Delaney
       Mark A. Delaney

cc:  All counsel of record

**BLOCK & LEVITON LLP**

155 Federal Street, Suite 1303 • Boston, Massachusetts 02110
P 617 398 5600 • F 617 507 6020