Mark A. Delaney | 617-398-5600 | Mark@blockesq.com

December 3, 2014

**BY ECF**

Honorable Leo T. Sorokin
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

> **RE:**   *In re Covidien plc Securities Litigation C.A. No. 1:14-cv-12949-LTS*

Dear Judge Sorokin:

  I write on behalf of the Court-appointed lead plaintiffs Ronald W. Chartrand and the Rosenfeld Family Foundation ("Lead Plaintiffs") in the referenced consolidated action to provide a further update on the status of the matter. The parties have continued to confer in good faith over the last several days, and had another in-person meeting yesterday evening, and believe they have made significant progress. We respectfully suggest that it may make sense to have a brief teleconference with the Court on Monday, December 8, 2014, or such other time as may be convenient for the Court, so that we may fully apprise the Court of the status of the matter.

Best regards,

Block & Leviton LLP

By: /s/ Mark A. Delaney_____
   Mark A. Delaney

cc:  All counsel of record

**BLOCK & LEVITON LLP**

155 Federal Street, Suite 400 • Boston, Massachusetts 02110
P 617 398 5600 • F 617 507 6020