## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COVIDIEN PLC SECURITIES LITIGATION | CASE NO. 1:14-CV-12949-LTS |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that Lead Plaintiff Rosenfeld Family Foundation, supported by plaintiffs in the consolidated action, Joseph Lipovich and Richard Taxman (collectively, "Plaintiffs"), respectfully moves, on a date convenient to the Court, before the Honorable Leo. T. Sorokin, for an order: (i) granting preliminary approval of the Settlement of the Action as embodied in the Stipulation; (ii) preliminarily certifying a non-opt out class for settlement purposes and appointing class representatives and class counsel; (iii) approving the form and manner of notice of the Settlement to Covidien Shareholders; and (iv) setting a hearing for final approval of the Settlement. This unopposed motion is based upon the accompanying memorandum of law, the Stipulation of Settlement and the accompanying exhibits attached therewith, as well as all prior proceedings held in this action, and other such matters and arguments as the Court may consider.

Respectfully submitted,

Dated: May 15, 2015

**BLOCK & LEVITON, LLP**

By: */s/ Mark A. Delaney*
Jason M. Leviton
Mark A. Delaney
155 Federal Street, Suite 400
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
Jason@blockesq.com
Mark@blockesq.com

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, NY 10036
Tel.: (212) 682-3025
Fax: (212) 682-3010
racocelli@weisslawllp.com
mrogovin@weisslawllp.com
kkeenan@weisslawllp.com

**LEVI & KORSINSKY LLP**
Shannon L. Hopkins
30 Broad Street, 24th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
shopkins@zlk.com

*Counsel for Lead Plaintiff and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 15, 2015

*/s/ Mark A. Delaney*
Mark A. Delaney