UNITED STATES DISTRICT COURT
DISTRICT OF MASSACUSETTS

| | |
|---|---|
| IN RE COVIDIEN PLC SECURITIES LITIGATION ) ) ) ) ) | Civil Action No. 1:14-cv-12949-LTS<br>CLASS ACTION |

**[PROPOSED] ORDER TO CONTINUE SETTLEMENT HEARING
AND AMEND RELATED DATES**

The Parties to the consolidated federal class action captioned *In re Covidien plc, Securities Litig.*, No. 1:14-cv-12949-LTS, currently pending in the United States District Court of Massachusetts before the Honorable Leo. T. Sorokin (the "Court"), having made an application for an order continuing the Settlement Hearing currently scheduled for July 29, 2015 and amending certain deadlines related to the Settlement Hearing;

IT IS HEREBY ORDERED, this 27 day of May, 2015, that:

1. The Settlement Hearing, currently scheduled for July 29, 2015, is rescheduled to September 21, 2015, at 2:30 PM

2. The deadlines related to the Settlement Hearing and Class notice, originally set forth in the Court's May 20, 2015 memo order, are amended as follows:

    (i) Plaintiffs shall file their papers in support of final approval of the Settlement and any Fee Application no later than August 31, 2015;

    (ii) Covidien or its successor(s) shall file appropriate affidavits of proof of mailing of the Notice no later than September 4, 2015;

    (iii) Objections to the Settlement or Fee Application shall be filed and served no later than September 11, 2015;

    (iv) Plaintiffs shall file their reply papers in support of the Settlement and Fee Application no later than September 14, 2015.

3. This Order incorporates by reference the definitions set forth in the Stipulation of Settlement and Release dated May 15, 2015 (the "Stipulation"), and all capitalized terms used herein shall have the same meaning as those set forth in the Stipulation unless otherwise defined.

Dated: May 27, 2015

_____
The Honorable Leo T. Sorokin

2