## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE COVIDIEN PLC SECURITIES LITIGATION | CASE NO. 1:14-CV-12949-LTS |

## DECLARATION OF JASON M. LEVITON IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, CLASS CERTIFICATION, AND AWARD OF ATTORNEYS' FEES AND EXPENSES

I, Jason M. Leviton, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and am admitted to practice before this Court.

2. I am a Co-Founder and Partner at the law firm of Block and Leviton LLP, counsel for Plaintiffs and the Class. As such, I have knowledge of the matters set forth herein. I make this declaration in support of Lead Plaintiffs' Unopposed Motion for Final Approval of Settlement, Class Certification, and Award of Attorneys' Fees and Expenses.

3. True and correct copies of the following documents are reproduced and annexed hereto:

Exhibit 1: Declaration of Jason M. Leviton in Support of Award of Attorneys' Fees and Reimbursement of Expenses on Behalf of Block and Leviton, LLP;

Exhibit 2: Declaration of Richard A. Acocelli in Support of Award of Attorneys' Fees and Reimbursement of Expenses on Behalf of WeissLaw LLP;

Exhibit 3: Declaration of Shannon L. Hopkins in Support of Award of Attorneys' Fees and Reimbursement of Expenses on Behalf of Levi & Korsinsky LLP;

Exhibit 4: Declaration of Stephen J. Oddo in Support of Award of Attorneys' Fees and Reimbursement of Expenses on Behalf of Robbins Arroyo LLP;

Exhibit 5: Declaration of David T. Wissbroecker in Support of Award of Attorneys' Fees and Reimbursement of Expenses on Behalf of Robbins Geller, Rudman & Dowd LLP;

| | |
|---|---|
| Exhibit 6: | Letter dated August 21, 2015 from Graham Newhouse to the Clerk of Court for the Federal Court for the District of Massachusetts; |
| Exhibit 7: | *In re Labarge, Inc. S'holder Litig.*, Consol. C.A. No. 6368-VCN, (Del. Ch. Jan. 3, 2012) (Order and Final Judgment); |
| Exhibit 8: | *In re Epoch Holding Corp. S'holder Litig.*, C.A. No. 8144-VCP (Del. Ch. Nov. 1, 2013) (Order and Final Judgment); |
| Exhibit 9: | *Maric Capital Master Fund, Ltd. v. Plato Learning, Inc.*, C.A. No. 5402-CS (Del. Ch. Jan. 25 2011) (Order of Dismissal Without Prejudice and Award of Attorneys' Fees and Expenses; |
| Exhibit 10: | *In re Celera Corp. S'holder Litig.*, Consol. C.A. No. 6304, 2012 Del. Ch. LEXIS 66 (Del. Ch. Mar. 23, 2012) (Order); |
| Exhibit 11: | *In re Supertex, Inc. S'holder Litig.*, Case No. 1-14-CV-261747 (Cal. Super. Sept. 14, 2014) (Order and Final Judgment); |
| Exhibit 12: | *Fundamental Partners, et. al., v. Charles Baker, et. al.*, Case No. RG14733959 (Cal. Super. Feb. 27, 2015) (Order and Final Approval and Judgment). |
| Exhibit 13: | *Atoll Advisors v. Gregory A. Serrao, et al.*, Case No. 11-4425, (Mass. Sup. Ct. July 19, 2012) (Order and Final Approval and Judgment). |

Respectfully submitted,

Dated: August 31, 2015   **BLOCK AND LEVITON, LLP**

By:   */s/ Jason M. Leviton*
Jason M. Leviton
155 Federal Street, Suite 400
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
Jason@blockesq.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  August 31, 2015      */s/ Jason M. Leviton*
                                                    Jason M. Leviton