**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE COVIDIEN PLC SECURITIES LITIGATION | Civil Action No. 1:14-cv-12949-LTS<br>Class Action |

## OBJECTION TO PROPOSED SETTLEMENT

Please take notice that Winona A. Crist, a member of the putative class in the above-captioned action (the "Objector"), objects to the proposed settlement of this action. In accordance with the procedures for objections provided in this action, submitted herewith is (i) a Memorandum of Law in Support of Objection of Winona A. Crist to Proposed Settlement and Request for Attorneys' Fees, which includes a written detailed statement of the Objector's objections, the grounds for such objection and the reasons the Objector desires to appear and be heard, through her counsel; (ii) Exhibit A to such Memorandum of Law, which includes written proof of ownership of Covidien shares during the class period and a statement certifying that the objector is a member of the class; and (iii) Exhibit B to such Memorandum of Law, which includes the name, address, email address, and telephone number of the Objector and her counsel. Also submitted herewith is the Declaration of G. Brian Hutchinson in support of Ms. Crist's objection.

Respectfully submitted,

 /s/ Robert R. Pierce
Robert R. Pierce (BBO# 549172)
bob@piercemandell.com
Thomas E. Kenney (BBO #561590)
tom@piercemandell.com
PIERCE & MANDELL P.C.
11 Beacon Street, Suite 800
Boston, Massachusetts 02108
Tel: (617) 720-2444
Fax: (617) 720-3693

1

  /s/ Joseph Christensen
Joseph Christensen (DE Bar #5146)
joseph@christensenpa.com
JOSEPH CHRISTENSEN P.A.
921 N. Orange St.
Wilmington, DE 19801
Tel: (302) 655-1243
Fax: (302) 268-6682


  /s/ Jacob Okun
Jacob Okun (NY Bar # 3932100)
Jacob.okun@szenok.com
SZENBERG & OKUN PLLC
152 W. 57th Street
New York, NY 10019
Tel: (212) 904-1431
Fax: (518) 244-8188

*Counsel for Winona A. Crist*

DATED: September 11, 2015

**CERTIFICATE OF SERVICE**

      I, Robert R. Pierce, attorney for Winona A. Crist, hereby certify that on this 11th day of September 2015, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ Robert R. Pierce
                                        Robert R. Pierce