# Exhibit B

Winona A. Crist
2865 Church Rd.
Elizabethtown, PA 17022-9056
717-533-8418
Email:winona.crist@gmail.com

Robert R. Pierce (BBO# 549172)
Thomas E. Kenney (BBO#561590)
PIERCE & MANDELL P.C.
11 Beacon Street, Suite 800
Boston, Massachusetts 02108
Tel: (617) 720-2444
Fax: (617) 720-3693
bob@piercemandell.com
tom@piercemandell.com

Of Counsel

Joseph Christensen (DE Bar #5146)
JOSEPH CHRISTENSEN P.A.
921 N. Orange St.
Wilmington, DE 19801
Tel: (302) 655-1243
Fax: (302) 268-6682
joseph@christensenpa.com

Jacob Okun (NY Bar # 3932100)
SZENBERG & OKUN PLLC
152 W. 57th Street
New York, NY 10019
Tel: (212) 904-1431
Fax: (518) 244-8188
jacob.okun@szenok.com